T. Khan **SBN** 295911
FOGLIGHT LAW INC.
21213 Hawthorne Blvd. Suite B #3300
Torrance, **CA** 90503
Tel: 626-869-8785
admin@foglightlaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAIMAN WEBB,**<br>　　　　Plaintiff,<br>　　vs.<br><br>**UNITED STATES OF AMERICA,**<br>　　Defendant(s**)** | Case No.:<br><br>***COMPLAINT***<br><br><br>**[DEMAND FOR JURY TRIAL]** |

**I.  INTRODUCTION**

1. Plaintiff, **DAIMAN WEBB** ("Plaintiff"), brings this action against Defendant, **THE UNITED STATES OF AMERICA** (the "United States"), pursuant to the Federal Tort Claims Act (**FTCA**), 28 U.S.C. § 2671 et seq.

2. This action arises from the negligence of **DEA** Agent Joe Cox, a federal employee acting within the scope of his employment, whose failure to stop caused a motor vehicle collision with Plaintiff on May 12, 2023, in Riverside, California.

3. Plaintiff seeks compensatory damages for severe and permanent personal injuries, including extensive spinal damage, incurred as a result of the collision.

**II.  JURISDICTION AND VENUE**

4. This Court has exclusive subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1346(b) (The Federal Tort Claims Act).

5. Jurisdiction is based upon the negligence of a federal employee acting within the scope of his employment, which gives rise to tort liability under the laws of the State of California.

FOGLIGHT LAW
21213 Hawthorne Blvd. Suite B #3300
Torrance, CA 90503
PH (626)869-8785 | www.foglightlaw.com



6. Venue is proper in the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1402(b) because the negligent act and omission occurred in Riverside, California, and the employee's agency, the **DEA**, is headquartered in Los Angeles, California, both of which are within this judicial district.

**III. PARTIES**

7. Plaintiff **DAIMAN WEBB** is an individual residing at 3637 Canyon Crest Drive, Riverside, **CA** 92507.

8. Defendant **UNITED STATES OF AMERICA** is the proper defendant and is liable under the **FTCA** for the negligence of its employee, Agent Joe Cox.

9. The negligent driver was **JOE COX**, an employee of the U.S. Department of Justice, Drug Enforcement Administration (**DEA**), acting within the course and scope of his federal employment at the time of the collision. The **DEA's** address is 255 East Temple Street, 17th Floor, Los Angeles, California 90012.

**IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

10. Plaintiff has satisfied the jurisdictional prerequisite for filing suit under the **FTCA**, 28 U.S.C. § 2675(a), by filing a formal administrative claim.

11. Formal Notice of Representation was provided to the U.S. **DOJ**, **DEA**, **LA** Field Division, addressed to Summer Larrieux.

12. The claim amount sought was $640,000.00.

13. The administrative claim was substantiated and included a Standard Form 95 (**SF 95**) submitted in triplicate, along with Plaintiff's medical reports, invoices, and a table of billed medical items. These items were mailed with tracking (USPS tracking number 9405 5301 0935 5145 1077 22) on May 2, 2025.

**V.  FACTUAL ALLEGATIONS**

14. On May 12, 2023, at approximately 2:15 p.m., Plaintiff Daiman Webb was operating a Kia Forte rental vehicle from **ZIPCAR** (Principal Place of Business: 35 Thomson Place, Boston, **MA** 02210).

15. Plaintiff was lawfully stopped at a red traffic light at the intersection of San Diego

FOGLIGHT LAW
2121 Hawthorne Blvd. Suite B #3300
Torrance, CA 90503
PH (626)869-8785 | www.foglightlaw.com



Avenue and Central Avenue in Riverside, California, positioned behind another vehicle.

16. While Plaintiff was lawfully stopped, Agent Joe Cox, operating a Dodge Truck, negligently failed to stop and collided with the rear of Plaintiff's vehicle. The impact was significant.

17. The collision occurred solely due to the negligence of the federal employee, Joe Cox, without any contributory negligence on Plaintiff's part.

**VI. PLAINTIFF'S INJURIES AND DAMAGES**

18. As a direct and proximate result of the collision, Plaintiff suffered immediate pain and injuries to his neck, back, shoulders, and hips. Plaintiff reports persistent pain rated at 5/10, requiring ongoing treatment including physical therapy and recommended **PRP** injections.

19. Medical evaluations and imaging have confirmed multiple severe injuries, including: a. Cervical Spine Injuries: Myofascial syndrome, facet syndrome, and radiculopathy. **MRI** findings from 10/03/2023 showed an abnormal signal involving the central spinal cord at the C2-C3 level spanning up to 1.4 cm, which may represent a syrinx or white matter plaque/mass. The **MRI** also documented low lying cerebellar tonsils (5 to 6 mm below the skull base), which may represent a Chiari I malformation. There is also a 1 to 2 mm disc bulge at C6-C7 causing mild central spinal canal stenosis. b. Lumbar Spine Injuries: Disc bulges ranging from 2 mm to 4 mm were documented at L1-L2, L2-L3, L3-L4, L4-L5, and L5-S1. These findings cause mild lateral recess stenosis, neural foraminal narrowing, and indentation on the exiting and traversing nerve roots at multiple levels. c. Thoracic Spine Injuries: Thoracic myofascial syndrome. **MRI** dated 02/14/2024 showed mild S-shaped scoliosis. d. Hip and Other Injuries: Bilateral shoulder strain/sprain, right knee pain, tailbone pain, and headache/post-concussion syndrome. **MRI** of the right hip (10/06/2023) showed mild joint space narrowing of both hips and mild tendinosis of the gluteus medius and gluteus minimus muscles bilaterally.

20. Plaintiff received treatment from providers including Physician Reekesh Patel**, MD, SKY/KB ANESTHESIA, and RIVERSIDE OUTPATIENT SURGICAL INSTITUTE (ROSI),** and has entered into Lien Agreements with these providers, requiring Plaintiff and counsel to pay

FOGLIGHT LAW
21213 Hawthorne Blvd. Suite B #3300
Torrance, CA 90503
PH (626)869-8785 | www.foglightlaw.com



the providers from any recovery obtained.

**VII.    CAUSE OF ACTION**

<strong><u>FIRST CAUSE OF ACTION</u></strong>

Negligence (Motor Vehicle Collision)

(Against United States of America)

21. Plaintiff hereby incorporates by reference all prior and subsequent allegations and paragraphs set forth in this Complaint as though fully set forth herein.

22. The United States, through its employee Agent Joe Cox, owed a duty of care to Plaintiff and all others on the roadway to operate the Dodge Truck safely and in compliance with all applicable traffic laws.

23. Agent Joe Cox breached that duty of care by negligently failing to stop his vehicle and colliding with the rear of Plaintiff's lawfully stopped vehicle.

24. The negligence of Agent Joe Cox, acting within the scope of his federal employment, was the sole direct and proximate cause of the collision and the injuries and damages suffered by Plaintiff.

25. As a direct and proximate result of Defendant's negligence, Plaintiff Daiman Webb has suffered and continues to suffer severe physical pain, injuries, emotional distress, mental anguish, loss of enjoyment of life, incurred past and future medical expenses, lost wages and earning capacity, and other general and special damages.

**VIII.    PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff **DAIMAN WEBB** prays for judgment against Defendant **THE UNITED STATES OF AMERICA** and requests that the Court award the following relief:

1. For compensatory damages, including but not limited to past and future medical expenses, lost wages, and loss of earning capacity, in an amount exceeding the administrative claim amount of $640,000.00, according to proof at trial;

2. For compensatory damages for pain and suffering, emotional distress, and mental anguish, in an amount to be determined at trial;

3. For pre-judgment and post-judgment interest according to law;

FOGLIGHT LAW
21213 Hawthorne Blvd. Suite B #3300
Torrance, CA 90503
PH (626)869-8785 | www.foglightlaw.com

4

**COMPLAINT**

4. For costs of suit incurred herein; and

5. For such other and further relief as the Court deems just and proper.

## IX. DEMAND FOR BENCH TRIAL

Plaintiff recognizes that all claims against the United States under the Federal Tort Claims Act must be tried by the Court without a jury.

Dated: Tuesday, November 4, 2025                 Respectfully submitted,
                                                 **FOGLIGHT LAW INC**.

By:                                              /s/T. Khan_____
                                                 T. Khan Esq., Attorney for Plaintiff

FOGLIGHT LAW
2121 3 Hawthorne Blvd. Suite B #3300
Torrance, CA 90503
PH (626)869-8785 | |www.foglightlaw.com

5
**COMPLAINT**

